**KEYSTONE WOOD PRODUCTS CO., Plaintiff in Error, v. SMITH, Surviving Partner H. J. Baker & Bro. et al., Defendants in Error.**

Circuit Court of Appeals, Third Circuit. March 7, 1929.

Rehearing Denied April 8, 1929.

No. 3783.

John B. Brooks, of Erie, Pa., John E. Mullin, of Kane, Pa., and Allen J. Hastings and Frederick W. Kruse, both of Olean, N. Y., for plaintiff in error.

W. P. Gifford, of Erie, Pa., Edwards, O'Loughlin & George, of New York City, and Gunnison, Fish, Gifford & Chapin, of Erie, Pa., for defendants in error.

Before WOOLLEY and DAVIS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. This is an appeal from the judgment of $87,003 against the defendant below as damages for the breach of a contract to install a process for extracting acetic acid from the distillate of wood.

The principal issue of fact, as to which the testimony of the plaintiff and defendant was flatly contradictory, was properly submitted to the jury. Its verdict for the plaintiff disposed of the case, unless the learned trial judge committed error.

After a careful examination of the assignments, we do not think error was committed, and we affirm the judgment for the reasons set forth in the opinion refusing a new trial. 32 F.(2d) 261.